**Affirmed and Memorandum Majority and Concurring Opinions filed August 27, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00583-CR

---

### DESMOND LOTT KENNARD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1449233**

---

### MEMORANDUM CONCURRING OPINION

This appeal is not about whether appellant is guilty of murder, and I write separately solely to emphasize that point.

I respectfully concur.

/s/  Charles A. Spain
   Chief Justice

Panel consists of Chief Justice Christopher and Justices Spain and Poissant (Christopher, C.J., majority).

Do Not Publish – Tex. R. App. P. 47.2(b).